IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PIT VIPER, LLC,<br><br>        Plaintiff,<br>v.<br><br>ROADGET BUSINESS PTE. LTD.; SHEIN US SERVICES, LLC,; SHEIN DISTRIBUTION CORPORATION; and ZOETOP BUSINESS CO., LIMITED;<br><br>        Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>Case No.: 2:24-cv-00839-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Sarah Spellman (Motion) (ECF 33). Based on the Motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

DATED this 27 March 2025.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah